UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF RESIDENTIAL PROPERTY LOCATED AT 821 W. KING STREET, JEFFERSON CITY, TENNESSEE 37760 | Case No. 3:24-MJ-1128 |

## MOTION TO UNSEAL

On May 8, 2024, upon application of the United States, this Court issued a sealing order that sealed the search warrant, application, and affidavit in support (collectively referred to hereafter as "the Warrant") for a period of 180 days.

The criminal investigation being conducted by the Federal Bureau of Investigation, to which the Warrant pertains, has reached a point where there is no longer reason to believe that public access of the Warrant will jeopardize the investigation. Accordingly, the United States respectfully requests that the Court unseal the redacted search warrant materials attached as Exhibit A,[1] which excludes the search warrant return contents.

Respectfully submitted on May 15, 2024.

                                                                                   FRANCIS M. HAMILTON III
                                                                                  UNITED STATES ATTORNEY

By:    /s/ Casey T. Arrowood
        Casey T. Arrowood
        Assistant U.S. Attorney
        TN BPR No. 038225
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167
        Casey.Arrowood2@usdoj.gov

---

[1] The proposed redactions consist of personal identifying information and contact information, such as email addresses and phone numbers, and the search warrant return contents.